UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| LAUREN BUSBY, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:11CV64  RWS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
|     Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before me on a Report and Recommendation to affirm the decision of the Commissioner of Social Security to deny Plaintiff Supplemental Security Income under Title XVI of the Social Security Act.  Neither of the parties has filed an objection to this recommendation.

This matter was referred to United States Magistrate Judge Thomas C. Mummert for a Report and Recommendation pursuant to 28 U.S.C. § 636(b).  Judge Mummert issued a Report and Recommendation on July 10, 2012 that recommended that the Commissioner's decision to deny benefits should be affirmed.  Judge Mummert found that the Administrative Law Judge's determination that Plaintiff was not entitled to benefits was supported by substantial evidence in the record.

Any objections to Judge Mummert's Report and Recommendation had to be filed by July 24, 2012.  Neither of the parties has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Mummert is **SUSTAINED, ADOPTED AND INCORPORATED** herein. The Commissioner of Social Security's decision to deny Supplemental Security Income benefits to Plaintiff is affirmed.

                                                                         _____
                                                                         RODNEY W. SIPPEL
                                                                         UNITED STATES DISTRICT JUDGE

Dated this 2nd day of August, 2012.